PROB 12C
(7/93)

Report Date: June 23, 2014

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 23, 2014

SEAN F. MCAVOY, CLERK

Name of Offender: Kenneth J. Derr                    Case Number: 2:03CR00061-EFS-1

Address of Offender: 3224 S. Gillis Ct., Spokane, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: January 12, 2004

| | | |
|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922((j) | |
| Original Sentence: | Prison 120 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: May 5, 2014 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: May 4, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Derr failed to successfully complete his substance abuse treatment program in violation of special condition #16.<br><br>Mr. Derr entered into intensive inpatient treatment at the Spokane Addiction Recovery Center on June 16, 2014. On June 23, 2014, Mr. Derr was terminated from treatment for failing to comply with facility rules. Due to Mr. Derr being unwilling to comply with treatment rules, he was terminated from their program. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

Prob12C
**Re: Derr, Kenneth J.**
**June 23, 2014**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/23/2014

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea* (signature)

Signature of Judicial Officer

June 23, 2014

Date